IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-cv-00171-M

| | | |
|---|---|---|
| BRYCEN ERDODY and CASSIDY ERDODY, Individually and on Behalf of their Minor Children, and as Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>AIRBORNE SYSTEMS NORTH AMERICA OF NJ, INC., a New Jersey corporation; TRANSDIGM GROUP INC., a Delaware corporation; AEROSTAR INTERNATIONAL, LLC., a South Dakota corporation, and BAE SYSTEMS LAND & ARMAMENTS L.P., A Delaware corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **NOTICE OF SPECIAL APPEARANCE** |

Please take notice that the undersigned Christopher S. Hickey hereby enters a notice of special appearance as attorney for Defendants TransDigm Group, Inc. and Airborne Systems North America of NJ, Inc. in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, M. Elizabeth O'Neill.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

This the 18th day of September, 2023.

Respectfully submitted,

/s/ Christopher S. Hickey
Christopher S. Hickey
RILEY, SAFER, HOLMES & CANCILA LLP
100 Spectrum Center Drive, Suite 650
Irvine, CA 92618
Telephone: (949) 359-5500
Email: chickey@rshc-law.com
California State Bar No: 198938

Attorney for TransDigm Group, Inc. and Airborne Systems North America of NJ, Inc.


/s/ M. Elizabeth O'Neill
M. Elizabeth O'Neill
WOMBLE BOND DICKINSON (US) LLP
One Wells Fargo Center, Suite 3500
301 South College Street
Charlotte, NC 28202-6037
Telephone: (704) 350-6310
Fax: (704) 338-7810
Elizabeth.ONeill@wbd-us.com
State Bar No. 50338

Local Civil Rule 83.1(d) Attorney for TransDigm Group, Inc. and Airborne Systems North America of NJ, Inc.

2